# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, KISOR, and FLINTOFT
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Benjamin L. PENNISSON**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300328**

————————————

Decided: 18 December 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Eric A. Catto

Sentence adjudged 19 February 2025 by a special court-martial tried at Marine Corps Base Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 180 days, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Marc D. Hendel, JAGC, USN*

---

[1] Appellant was awarded 96 days of administrative pretrial credit to be applied against his adjudged period of confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.